IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **CARLA JONES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 2:21-CV-02490-SHM-tmp |
| ) | |
| **ALLIANCE HEALTHCARE** ) | |
| **SERVICES, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is the parties' March 1, 2022 stipulation of dismissal (D.E. 24). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the parties' stipulation, this action is DISMISSED WITHOUT PREJUDICE, with each party bearing that party's own attorney's fees and costs.

IT IS SO ORDERED this 2nd day of March, 2022.

/s/ Samuel H. Mays, Jr.
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE