```
              UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION
```

| | |
|---|---|
| **CARLA JONES,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 2:21-cv-2490-SHM-tmp |
| | ) |
| **ALLIANCE HEALTHCARE** | ) |
| **SERVICES, INC.,** | ) |
| | ) |
| Defendant. | ) |

# JUDGMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice in accordance with the Order (D.E. No. 25) docketed March 2, 2022.

## APPROVED:

 /s/ Samuel H. Mays, Jr.
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

 March 2 , 2022                              THOMAS M. GOULD
DATE                                          CLERK

                                              /s/  Jairo Mendez
                                             (By) DEPUTY CLERK